IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY L. MERRITT,

SSN: XXX-XX-2150

    Defendant.

Case No: 3:10-cr-080

JUDGE BLACK

## ORDER TO TURN OVER FUNDS

Based upon the Joint Motion filed on September 12, 2011 (Doc. 24) IT IS HEREBY ORDERED that Preferred Benefit Systems, 1099 E. Grand River Rd., Williamston, MI 48895, turn over Defendant Gary L. Merritt's interest in any accounts held by Preferred Benefit Systems to the United States District Court Clerk, 200 West Second Street, Room 712, Dayton, OH 45402 to be applied to Defendant's restitution obligations.

**IT IS SO ORDERED.**

DATE: 9/13/11

      _Timothy S. Black_
      UNITED STATES DISTRICT JUDGE