IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:10-CR-080 |
| vs. | ) |
| GARY L. MERRITT, | ) JUDGE BLACK |
| SSN: XXX-XX-2150, | ) |
| Defendant. | ) |
| SOUTHWEST SECURITIES, | ) |
| Garnishee. | ) |

### AMENDED GARNISHEE ORDER

Upon Joint motion of the United States and the Garnishee, filed 23, 2012 (Doc.28) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Order to Turn Over Funds issued by this Court on September 13, 2011 (Doc. 25) be modified to order the newly identified Garnishee, Southwest Securities, to turn over Defendant's, GARY L. MERRITT, interest in any accounts to the United States District Court, 200 West Second Street, Room 712, Dayton, Ohio 45402.

Dated: 2/24/12

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE