IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

        Plaintiff,

v.                              Case No.: 3:10-CR-080

Gary L. Merritt,             Judge Black

        Defendant.

## ORDER TO SUBSTITUTE
## VICTIM FOR PURPOSES OF RESTITUTION

Upon motion by Plaintiff, the United States of America, filed September 20, 2012 (Doc. 31) and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of Courts for the Southern District of Ohio substitute Todd Strader, Jackie Wilson and William Lawson for Southwest Securities as victims for purposes of restitution in the above-captioned case, as outlined in Plaintiff's aforementioned motion, and that the Clerk of Courts disburse any future restitution payments directly to these three victims until they have been paid in full.

**IT IS SO ORDERED.**

DATE: 9/24/12

_____
UNITED STATES DISTRICT JUDGE